TDCJ Offender Details

★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE
TDCJ Home    Q New Offender Search

*82,809-02*

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05469060 |
| **TDCJ Number:** | 01820527 |
| **Name:** | ANTHONY,CARL DEWAYNE |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1978-05-24 |
| **Maximum Sentence Date:** | 2038-06-28 |
| **Current Facility:** | DANIEL |
| **Projected Release Date:** | 2024-09-03 |
| **Parole Eligibility Date:** | 2015-09-03 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* ***Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**    Offender is not scheduled for release at this time.

**Scheduled Release Type:**    Will be determined when release date is scheduled.

**Scheduled Release Location:**    Will be determined when release date is scheduled.

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |